

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00307-CV

Gabriela **HOYOS**,
Appellant

v.

Massoud **FAGGHI**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV00434
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:      Liza A. Rodriguez, Justice
               Lori I. Valenzuela, Justice
               Lori Massey Brissette, Justice

Delivered and Filed: October 9, 2024

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on August 15, 2024. Neither the brief nor a motion for extension of time was filed by the due date. On August 26, 2024, we ordered appellant to show cause in writing, on or before September 12, 2024, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b),(c). Appellant did not respond to our order. Additionally, appellant never filed a brief or a motion for extension of time in this appeal. Accordingly, we dismiss this appeal for want of prosecution. *See id*. 38.8(a)(1); 42.3(b),(c). Costs of appeal are taxed against appellant.

PER CURIAM